■ JONAS P. RELIN, Appellant, v. MARINE MIDLAND TRUST COMPANY OF SOUTHERN NEW YORK, Respondent. — Judgment and order unanimously reversed on the law and facts, with costs, and motion denied. Memorandum: A plenary trial is necessary to resolve factual issues presented involving the conditions under which plaintiff's guarantee was given to defendant and whether it was only to apply should a third $50,000 loan, never advanced, be made, the extent of the indebtedness of Conelec, Inc., at the time plaintiff made his alleged offer to satisfy the entire indebtedness and the existence of an offer by plaintiff to defendant to satisfy the entire indebtedness of Conelec, Inc. (Appeal from judgment and order of Monroe Special Term granting summary judgment on counterclaim.) Present — Del Vecchio, J. P., Marsh, Witmer, Gabrielli and Cardamone, JJ.

■ In the Matter of the Arbitration between TERENCE P. CAIN, Appellant, and TRAVELERS INSURANCE COMPANY, Respondent.— Order unanimously reversed, with costs, and motion granted. Memorandum: The fact that claimant was injured when struck by a hit and run driver is undisputed and the record, in that respect, reveals that there is merit to his claim for recovery provided he can show timely notice of his claim and proof of respondent's responsibility. The facts alleged in claimant's supporting papers in explanation of the default are entirely sufficient to constitute a reasonable excuse and the denial of the motion to vacate the default was an improvident exercise of discretion. (*Kahn v. Arcangel, Inc.*, 23 A D 2d 535; *Matter of MVAIC [Stein]*, 23 A D 2d 526.) Claimant is entitled to a trial of the issues. (Appeal from order of Erie Special Term denying motion to vacate stay of arbitration.) Present — Del Vecchio, J. P., Marsh, Witmer, Gabrielli and Cardamone, JJ.